# United States District Court
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-00415-S |
| | § | |
| GARY WAYNE ROBINSON (1) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and **GARY WAYNE ROBINSON (1)** is hereby adjudged guilty of **(Count 1) – Possession with Intent to Distribute a Controlled Substance,** in violation of **21 U.S.C. § 841(a)(1) and (b)(1)(B), (Count 2) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime,** in violation of **18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i),** and **(Count 3) – Convicted Felon in Possession of a Firearm,** in violation of **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**. Sentence will be imposed in accordance with the Court's Scheduling Order.

The Defendant is ordered to remain in custody.

**SO ORDERED.**

SIGNED September 10, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**